# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 17, 2022

Lyle W. Cayce
Clerk

No. 21-60449
Summary Calendar

Elijah Strong,

*Plaintiff - Appellant*

v.

United States Department of Agriculture; Thomas J. Vilsack, Secretary, U.S. Department of Agriculture,

*Defendants – Appellees*

Appeal from the United States District Court,
for the Southern District of Mississippi,
USDC No. 3:18-CV-722

Before Davis, Jones, and Elrod, *Circuit Judges*.
Per Curiam:*

The court has considered this appeal in light of the briefs, district court opinion, and pertinent portions of the record. Having done so, we find no reversible error of law or fact and affirm the dismissal for the reasons stated by the district judge. AFFIRMED.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.